IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01884-LTB-KLM

MARY MILLS BORDEN, and
LEE BORDEN,

    Plaintiff(s),

v.

KEVIN CORBETT, custodian for Sean Corbett, and
SEAN CORBETT,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Opposed Motion for Recusal of United States Magistrate Judge Kristen L. Mix** [Docket No. 20; filed December 7, 2007] (the "Motion").

    Plaintiffs request that I recuse myself in the above-captioned case pursuant to 28 U.S.C. § 455 in order to avoid any appearance of partiality. As grounds, Plaintiffs cite to my disclosure at the Scheduling Conference held on November 27, 2007, that I had worked as an associate at Breit, Best, Richman & Bosch, P.C., counsel for Defendant's firm, from approximately 1992 to 1996. However, I have not had a personal or professional relationship with Mr. Best since 1996. As Plaintiffs have elected to pursue their claim in the forum of federal court, and as I have the ability to remain impartial in the case,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

                                        BY THE COURT:
                                        __s/ Kristen L. Mix_____
                                        United States Magistrate Judge

Dated:       December 18, 2007