IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01884-LTB-KLM

MARY MILLS BORDEN and
LEE BORDEN,

      Plaintiffs,

v.

KEVIN CORBETT, custodian for Sean Corbett and
SEAN CORBETT, individually,

      Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion to Extend Time to Amend Pleadings (Doc 27 - filed February 22, 2008) is **GRANTED up to and including February 29, 2008**.

    Plaintiffs' Unopposed Motion to Amend Complaint (Doc 28 - filed February 22, 2008) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.


Dated: February 25, 2008
_____