**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01884-LTB-KLM

MARY MILLS BORDEN and
LEE BORDEN,

       Plaintiffs,

v.

KEVIN CORBETT, custodian for Sean Corbett and
SEAN CORBETT, individually,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 41 - filed May 27, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: May 28, 2008